IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sea-Land Services
_____
Plaintiff(s)

v.

Condado Motors, Inc.
_____
Defendant(s)

Civil No. 98-1983 (SEC)

RECEIVED & FILED
01 FEB 12 AM [illegible]
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 2/2/01   DOCKET #: 6   TITLE: United States Motion Requesting Transfer of Funds

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)
[ ] Defendant(s)    [ ] Joint  [X] Other

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

## COMMENTS

The Clerk of the Court is ordered to transfer the amount of $42,659.73 deposited in this case by the U.S. Marshall to the case: Civ. No. 99-1983 (JAF).

8-II-01
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

cc: Finance
2/12/01